# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02698-FWS-MBK | Date | February 17, 2026 |
| Title | Bruce Ricardo S. v. Frank Bisignano | | |

Present:   Hon. Michael B. Kaufman, U.S. Magistrate Judge

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

This is an action for the review of the denial of social security benefits. On October 9, 2025, Plaintiff, Bruce S. filed a complaint initiating this action. Dkt. 1. Plaintiff paid the filing fee on November 19, 2025. Dkt. 6. On December 8, 2025, Defendant filed his Answer to the Complaint and the Certified Administrative Record. Dkt. 7. On December 17, 2025, Defendant filed a Supplemental Certified Administrative Record. Dkt. 8. Pursuant to the Supplemental Rules for Social Security Review Actions under 42 U.S.C. § 405(g), Plaintiff's brief was due on January 8, 2026. 42 U.S.C. § 405(g), Rule 6.

As of the date of this order, Plaintiff has not filed his brief for his requested relief. Plaintiff is therefore **ORDERED** to show cause (that is, explain in writing) why the action should not be dismissed for failure to prosecute. Plaintiff's response is due on or before **March 17, 2026.** If Plaintiff files his brief by the deadline, the Court will deem the filing a satisfactory response to this order.

Plaintiff is informed that the failure to comply with the terms of this order may result in a recommendation that the action be dismissed with prejudice for failure to prosecute the case pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

CV-90 (10/08)                    **CIVIL MINUTES - GENERAL**                    Page 1 of 1